IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAVID TACHAY HEARD,<br><br>    Defendant. | No. 17-CR-83-LRR<br><br>**ORDER** |

_____

This matter is before the Court on defendant David Tachay Heard's ("defendant") pro se Motion to Terminate Counsel and Motion for Appointment of New Counsel. (Doc. 115). The Court held an ex parte hearing on the motion on April 23, 2018.

Defendant advised the Court as to why he wished his attorney, Anne Laverty, to be discharged, and the Court determined that Ms. Laverty was providing defendant with appropriate representation and was capable of continuing to do so. The Court therefore denied defendant's motion. Upon the Court's denial of his motion for new counsel, defendant made an oral motion to proceed pro se. The Court cautioned defendant against proceeding pro se and explained to defendant that it would not be in his best interest to represent himself. The Court further advised defendant as to his constitutional right to be represented by an attorney. The Court determined that defendant fully understood his rights, and defendant persisted in his request to proceed pro se. The Court was satisfied that defendant understood his right to counsel. Thus, the Court granted defendant's request to proceed pro se and appointed Anne Laverty as standby counsel.

**IT IS SO ORDERED** this 24th day of April, 2018.

_____
C.J. Williams
Chief United States Magistrate Judge
Northern District of Iowa